# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CRUZ ARAGON,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:21-cv-00407-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Plaintiff Manuel Cruz Aragon filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying their application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)  On November 12, 2021, the Commissioner filed a notice of lodging the administrative transcript.  (ECF No. 13.)  On November 15, 2021, the Court issued an order advising the parties of the lifting of the stay and amending the scheduling order.  (ECF No. 14.)  Thereafter, the parties twice stipulated to extend the time for Plaintiff to file the opening brief.  (ECF Nos. 18, 19.)  The second extension granted by the Court for was sixty days.  (See ECF No. 20.)  Based on these extensions, Plaintiff's opening brief was due April 26, 2022.  (See id.)  Plaintiff did not timely file an opening brief.  On April 29, 2022, the Court issued an order to show cause in writing why this action should not be dismissed for failure to prosecute.  (ECF No. 21.)

Later that same day, Plaintiff filed a response to the order to show cause. (ECF No. 22.) Counsel for Plaintiff proffers, based on the two prior extensions of time granted, he calculated the filing deadline to be May 9, 2022. Counsel requests any error be construed as excusable neglect and that the deadline be extended to May 9, 2022. Having reviewed the response, the Court shall discharge the order to show cause and grant Plaintiff's requested relief.

Accordingly, IT IS HEREBY ORDERED that the Court's April 29, 2022 order to show cause (ECF No. 21) is DISCHARGED. Plaintiff's opening brief is due **May 9, 2022**. The remaining filing deadlines set forth in the Court's November 15, 2021 amended scheduling order are continued accordingly.

IT IS SO ORDERED.

Dated:   **May 2, 2022**

UNITED STATES MAGISTRATE JUDGE